No. 75–6782.  DOUGLAS v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

MR. JUSTICE BRENNAN, dissenting.

For the reasons stated in my dissenting opinion in *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976), the imposition and carry-

ing out of the death penalty in this case constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. I would therefore grant certiorari in this case and vacate the judgment insofar as it leaves undisturbed the death sentence imposed.

MR. JUSTICE MARSHALL, dissenting.

Because I consider the death penalty to be a cruel and unusual punishment forbidden by the Eighth and Fourteenth Amendments, see *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976) (MARSHALL, J., dissenting), I would grant certiorari in this case and vacate the judgment insofar as it leaves undisturbed the sentence of death.